## HENRY JACKSON HUNT *versus* WILLIAM MACOMB

JOURNAL ENTRIES (1815–18): *Journal 2:* (1) Declaration filed, nil dicit, judgment *p. 445; (2) declaration on scire facias filed *p. 598; (3) judgment *p. 615.
PAPERS IN FILE: (1) Warrant of attorney to confess judgment; (2) declaration; (3) writ of scire facias and return; (4) narr. on scire facias; (5–6) drafts of judgment on scire facias.
*Office Docket*, MS p. 30, c. 70.

*Note:* Papers 3 and 4 are printed herein. (Selected Papers, *infra*, case 466)

## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE, FRANCIS LASSELLE AND BARNABÉ CAMPAU

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring bodies *p. 445; (2) special bail *p. 448; (3) continued *p. 473; (4) declaration filed, rule to plead *p. 483; (5) debt remitted, judgment for costs *p. 518.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket*, MS p. 15, c. 25; p. 39-b, c. 39.